UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 07-CIV-21924 COOKE/BROWN

UNITED STATES OF AMERICA,

    *Petitioner,*

v.

JOHN CALVANESE,

    *Respondent*

_____/

## ORDER ON
## PETITIONER'S MOTION TO REOPEN AND FOR SHOW CAUSE HEARING

**THIS MATTER** is before the Court upon Petitioner's Motion to Reopen and for Show Cause Hearing [DE 7], filed August 8, 2008. Petitioner, United States of America, moved to reopen this case and for an order requiring Respondent, John Calvanese, to appear before the Court to show cause why he should not be compelled to comply with this Court's Order Directing Compliance with Summons and Administratively Closing Case, entered July 31, 2007.

**Facts**

On July 31, 2007, having reviewed Petitioner's filings in this case, the Court ordered Respondent to comply with all the requirements of the Internal Revenue Service ("IRS") summons issued to Respondent on April 4, 2006. The summons was issued to determine the current financial status of Respondent for the purposes of collecting tax liabilities, and it sought records and information for the period beginning December 1, 2005, until the date the summons was complied with. A copy of the Court's July 31, 2007, Order was served on Respondent on August 16, 2007.

Respondent's first production of documents was issued via a letter dated October 10, 2007, sent by his power of attorney, Dennis G. Kainen, Esq., and contained only medical records, which were not requested in the summons. Respondent's second production of documents did not provide enough information to completely cover the time period specified by the summons, did not contain any information about Respondent's personal checking or savings accounts and did not provide information as to the amount and sources of his personal income.

**Applicable Law**

A person ordered by a court to produce documents must make more than a "good faith effort" to produce the documents requested; he or she must make "all reasonable efforts" to fulfill the requirements of the order. *United States v. Haynes*, 722 F.2d 723, 725 (11th Cir. 1984) (citing *United States v. Rizzo*, 539 F.2d 458, 465 (5th Cir. 1976)). The documents requested by the July 31, 2007, Order were supposed to explain the details of Respondent's business and his sources of personal income. The documents provided by Respondent did not provide the IRS with the necessary information specified in the summons.

**Conclusion**

In sum, I find that the requirements set forth in the July 31, 2007, Court Order Directing Compliance with Summons and Administratively Closing Case were not satisfied by either of Respondent's initial productions of documents. In order to determine whether Respondent has a legitimate reason for not complying with this Order, I am administratively reopening this case.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Petitioner's Motion to Reopen and for Show Cause Hearing [DE 7] is **GRANTED**. All parties are **ORDERED** to appear for a hearing at 10:00 a.m., October 1, 2008, where Respondent will be required to show cause why he should not be compelled to comply with the July 31, 2007, Order. Failure to

appear at this hearing may result in sanctions or a finding that Respondent is in contempt.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of September, 2008.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

*Counsel of Record*